IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

REGINALD T. RAINES     PLAINTIFF

vs.     No. 1:06CV141-D-D

CLAY COUNTY, MISSISSIPPI     DEFENDANT

## ORDER GRANTING MOTION FOR SUMMARY JUDGMENT

Pursuant to an opinion issued this day, it is hereby ORDERED that

(1) the Defendant's motion for summary judgment (docket entry 24) is GRANTED;

(2) the Plaintiff's claims are DISMISSED; and

(3) this case is CLOSED.

All memoranda, depositions, declarations and other materials considered by the court in ruling on this motion are hereby incorporated into and made a part of the record in this action.

SO ORDERED, this the 19th day of November 2007.

/s/ Glen H. Davidson
Senior Judge